■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH PALERMO, Appellant. — Judgment, Supreme Court, Bronx County, rendered on November 30, 1979, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Birns, Carro and Silverman, JJ.